IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

**LOURDES MILAGROS JIMENEZ CLAUDIO**

Debtor(s)

CASE NUMBER: **14-01519-MCF**

CHAPTER 13

### TRUSTEE'S MOTION TO MODIFY PLAN
### NOTICE AND CERTIFICATE OF SERVICE

TO THE HONORABLE COURT:

COMES NOW, Alejandro Oliveras Rivera, Standing Chapter 13 Trustee, and very respectfully ALLEGES, STATES and PRAYS:

1. The plan dated 7/9/2014 was confirmed by this Honorable Court. (docket 18 & 28)

2. The confirmed plan provides for direct payments and the payment of pre-petition arrears to **USDA RURAL HOUSING SERVICE**; however, said plan has no provision for the post-petition arrears of **claim No. 04-3** filed by such creditor. The trustee respectfully requests from this Honorable Court to grant Trustee's motion to modify and deem amended the plan since it is sufficiently funded to cover said claims.

3. Debtor is not a member of the U.S. Armed Forces, the Coast Guard, the Public Health Service or the National Oceanic and Atmospheric Administration, as evidenced by the Certificate issued by the U.S. Department of Defense, copy of which is attached only to the original of this motion and movant's copy.

**WHEREFORE**, it is respectfully requested to this Honorable Court to grant Trustee's motion to modify and deem amended the plan since it is sufficiently funded to cover the aforementioned claims.

Within twenty-one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE:** I hereby certify that on this date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends notification of such filing to all those who in this case have registered for receipt of notice by electronic mail. I further certify that the foregoing has been served to U.S. Trustee at <u>ustpregion21.hr.ecf@usdoj.gov</u>, and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to debtor(s) and all parties in interest.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 29th day of September, 2016.

<u>/s/ALEJANDRO OLIVERAS RIVERA</u>
ALEJANDRO OLIVERAS RIVERA
Chapter 13 Trustee
PO Box 9024062
San Juan, PR 00902-4062
Phone 787-977-3500
Fax 787-977-3521
CCC-SVR

14-01519-MCF     CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

| | |
|---|---|
| APEX ALARMS<br>ANDERSON CRENSHAW ASSO<br>12801 N CENTRAL EXPY STE<br>DALLAS, TX 75243 | AT AND T MOBILITY PUERTO RICO INC<br>AT AND T SERVICES, INC<br>KAREN CAVAGNARO, PARALEGAL<br>ONE AT AND T WAY, ROOM 3A104<br>BEDMINSTER, NJ 07921 |
| AXESA<br>PO BOX 70373<br>SAN JUAN, PR 00936 | BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN, PR 00936 |
| CENTENNIAL DE PR<br>PO BOX 71514<br>SAN JUAN, PR 00936-8614 | Claro<br>Po Box 360998<br>San Juan, PR 00936 |
| DEPARTMENT OF TREASURY<br>BANKRUPTCY SECTION (424 B)<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 | DEPARTMENT OF TREASURY<br>BANKRUPTCY SECTION (424 B)<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 |
| INTERNAL REVENUE SERVICES<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | JUAN C FORTUNO FAS<br>PO BOX 9300<br>SAN JUAN, PR 00908 |
| LIBERTY CABLEVISION PR<br>PO BOX 8759<br>CAGUAS, PR 00726-8759 | LOURDES MILAGROS JIMENEZ CLAUDIO<br>VILLA DEL CARMEN<br>O7 CALLE 14<br>GURABO, PR 00778 |

DATED: September 29, 2016

/s/HECTOR PEREZ
OFFICE OF THE CHAPTER 13 TRUSTEE

Page 1 of 2   - CASE NO  14-01519-MCF

14-01519-MCF
CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

SANTANDER
PO BOX 2199
SAN JUAN, PR 00919-2199

USDA RURAL DEVELOPMENT
C/O FORTUNO AND FORTUNO FAS
PO BOX 9300
SAN JUAN, PR 00908

USDA RURAL HOUSING SERVICE
CENTRALIZED SERVICING CENTER
PO BOX 790190
ST LOUIS, MO 63179-0190

USDA RURAL HOUSING SERVICE
CENTRALIZED SERVICING CENTER
PO BOX 790190
ST LOUIS, MO 63179-0190

USDA RURAL HOUSING SERVICE
CENTRALIZED SERVICING CENTER
PO BOX 790190
ST LOUIS, MO 63179-0190

USDA RURAL HOUSING SERVICE
CENTRALIZED SERVICING CENTER
PO BOX 790190
ST LOUIS, MO 63179-0190

USDA RURAL HOUSING SERVICE
CENTRALIZED SERVICING CENTER USDA
PO BOX 66879
ST LOUIS, MO 63166

LOURDES MILAGROS JIMENEZ CLAUDIO
VILLA DEL CARMEN
O7 CALLE 14
GURABO, PR 00778

ROBERTO FIGUEROA CARRASQUILLO*
R FIGUEROA CARRASQUILLO LAW OFFICE PSC
PO BOX 186
CAGUAS, PR 00726-0186

DATED: September 29, 2016

/s/HECTOR PEREZ
OFFICE OF THE CHAPTER 13 TRUSTEE

Page 2 of 2    - CASE NO 14-01519-MCF



Department of Defense Manpower Data Center Results as of : Sep-29-2016 05:32:41 AM

SCRA 3.0

# Status Report
## Pursuant to Servicemembers Civil Relief Act

Last Name: JIMENEZ CLAUDIO

First Name: LOURDES

Middle Name: MILAGROS

Active Duty Status As Of: Sep-29-2016

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. ý 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940).  DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate.  In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via this URL: https://kb.defense.gov/PublicQueries/publicQuestions/FaqsAnswers.jsp?Subject=Locating Service Members or Getting a Mailing Addresss.  If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you.  See 50 USC App. ý 521(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.

## Certificate ID: LEC3250D33F2Z40