**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE PUERTO RICO**

| IN RE:<br><br>**SANTIAGO RODRIGUEZ, EUDELIZ**<br><br>DEBTOR(S) | CASE NUMBER: **14-03824-EAG**<br><br>(Chapter 7)<br>NO ASSET CASE |
|---|---|

**NOTICE OF ABANDONMENT OF PROPERTY
AND REQUEST FOR CLERK TO NOTICE**

TO: THE UNITED STATES TRUSTEE, DEBTOR(s) AND PARTIES IN INTEREST:

Notice pursuant to 11 U.S.C. Section 554(a) was given through the 341 Meeting Notice whereby the Trustee notified his intention to abandon any real property or scheduled property at this Section 341 Meeting.

The property being abandoned is as follows:

| Property | Value | Amt. Secured | Claimed Exemptions | Other Costs | Value to the Estate |
|---|---|---|---|---|---|
| 2009 Nissan Murano | $10,584.00 | $17,533.00 | $0.00 | $0.00 | $(6,949.00) |
| Stocks Coop A/C San Blas | $778.16 | $10,532.00 | $0.00 | $0.00 | $(9,753.84) |
| Retirement plan | $11,491.88 | $0.00 | $11,491.88 | $0.00 | $0.00 |
| Clothes & accesories | $600.00 | $0.00 | $0.00 | $0.00 | $600.00 |
| Two 18K btu A/C | $950.00 | $0.00 | $0.00 | $0.00 | $950.00 |
| One washing machine | $300.00 | $0.00 | $0.00 | $0.00 | $300.00 |
| One stove | $200.00 | $0.00 | $0.00 | $0.00 | $200.00 |
| One Refrigerator | $275.00 | $0.00 | $0.00 | $0.00 | $275.00 |
| One family room set, of one sofa, one middle table | $300.00 | $0.00 | $0.00 | $0.00 | $300.00 |
| One dryer | $275.00 | $0.00 | $0.00 | $0.00 | $275.00 |
| One full bed set, headboard, night tables, lamp | $320.00 | $0.00 | $0.00 | $0.00 | $320.00 |
| One dining room set, one tabe & six chairs | $300.00 | $0.00 | $100.00 | $0.00 | $200.00 |
| One bed set full, head board, 2 night tables, lamp | $275.00 | $0.00 | $0.00 | $0.00 | $275.00 |
| One 26 "plasma tv | $75.00 | $0.00 | $0.00 | $0.00 | $75.00 |
| One 24 " plasma tv | $50.00 | $0.00 | $0.00 | $0.00 | $50.00 |
| AAA, AEE Security Deposits | $250.00 | $0.00 | $0.00 | $0.00 | $250.00 |
| BPPR Checking Account | $10.00 | $0.00 | $0.00 | $0.00 | $10.00 |
| Urb Hacienda Miraflores # 33 Coamo, PR | $150,282.00 | $0.00 | $150,282.00 | $0.00 | $0.00 |

Documents Included:  Appraisal ( )  Creditors Statement ( )  Proof of Lien ( )

Enter zero (0) if estimated expenses and/or amount secured exceed actual or estimated value.

**Reasons for abandonment:**

(1)   That considering abandonment of property of the estate is governed by section 554, the undersigned Trustee has determined after a proper inquiry, that the above listed property is not proper for administration, and/or is burdensome to this case estate or of inconsequential value to the estate.

(2) That under 11 USC § 554(c), any property that is scheduled but not otherwise administered at the time of the closing of a case is abandoned to the debtor; however, property of the estate that is not scheduled in the case, and therefore not abandoned, shall remain property of the estate.

(3) Scheduled property that is not administered before the case is closed is deemed abandoned upon entry of the order closing the estate, absent an order to the contrary. 11 U.S.C. § 554(c).

(4) The undersigned Trustee acknowledges he shall/must not rely on the deemed abandonment provisions of section 554(c) where possession of the property will expose the estate to liability.

(5) The net proceeds from a sale of above listed asset(s) will be insufficient to pay any tax liability generated by the sale. That failure to abandon the property would expose the estate to additional tax liability, wherefore the undersigned Trustee abandons above listed property so as to avoid burdensome tax consequences to the estate.

(6) That possession of the property exposes the estate to a risk of liability which cannot be insured against, and which outweighs its economic value to the estate.

(7) Documentation in support and justification of this decision to abandon estate property, is kept in the estate file. 28 U.S.C. § 586.

(8) Other considerations:

   ( ) Listed property is/are abandoned, after consultation with appropriate federal, state, and local authorities, is/are no value to the estate which may be hazardous to the health or safety of the general public.

   ( ) Secured creditor has filed Motion for Relief of Stay (11 USC 362), and upon proper evaluation of property the undersigned Trustee has determined:
   (a) that there is no equity in said property,
   (b) that given appraisal/comparable/opinion of value of real property, market conditions for said property are limited, liquidation cost and expenses do not justify the risk of maintaining such estate property,
   (c) lien(s) is/are greater than the value of the property

I HEREBY CERTIFY THAT: The foregoing has been electronically filed with the Clerk of the Court using the CM/ECF System which will send notification of said filing to parties appearing on said system including the U.S. Trustee Office and a true copy was mailed to Debtor and Debtor's Attorney and to All Creditors and parties in interest as per the Master Address List on file at the Clerk's Office.

**Objections to abandonment must be filed in writing with the court and served within fourteen (14) days of the mailing of this notice.**

**DATED:**   June 28, 2016

/s/ Roberto Roman Valentin
Roberto Roman Valentin
Chapter 7 Trustee
Po Box 9024003
San Juan, PR  00902-4003
(787) 740-6011